# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| Mark Fry,<br><br>          Plaintiff,<br><br>v.<br><br>NorthStar Location Services, LLC,<br><br>          Defendant. | Case No.3:10-cv-302-TLS-CAN<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


                              RESPECTFULLY SUBMITTED,

                              Macey & Aleman, P.C.

                              By: /s/ Timothy J. Sostrin
                                  Timothy J. Sostrin
                                  233 S. Wacker
                                  Sears Tower, Suite 5150
                                  Chicago, IL 60606
                                  Telephone:  866-339-1156
                                  Email:  tjs@legalhelpers.com
                                  Attorneys for Plaintiff

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2010, I served Defendant with a copy of the foregoing Notice by U.S. mail addressed as follows:

NorthStar Location Services, LLC
4285 Genesee St.
Cheektowaga, NY 14225

                                                  /s/ Timothy J. Sostrin